UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
HAHN & HESSEN LLP,

               Plaintiff,

            - against -

TRADEWINDS AIRLINES, INC. and
TRADEWINDS HOLDINGS, INC.,

               Defendants.
------------------------------------------------------x

Civ. No.  08 Civ. 6281 (SHS)

ECF CASE

## PLAINTIFF'S DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

PLEASE TAKE NOTICE that Plaintiff Hahn & Hessen LLP makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

As of the date hereof, because Plaintiff is a limited liability partnership, no parent corporation or a publicly-held corporation owns 10% or more of the firm's stock.

Dated: New York, New York
       July 9, 2008

                                    HAHN & HESSEN LLP
                                    *Pro Se* Plaintiff

                                    By: _____
                                        Zachary G. Newman (ZN 5944)
                                        Member of the Firm

                                  488 Madison Avenue
                                  New York, New York 10022
                                  (212) 478-7200