UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAHN & HESSEN LLP,<br><br>        Plaintiff,<br><br>-against-<br><br>TRADEWINDS AIRLINES, INC. and<br>TRADEWINDS HOLDINGS, INC.,<br><br>        Defendants. | Civ. No. 08-CV-6281 |

**SUGGESTION OF BANKRUPTCY**

TO:    THE HONORABLE SIDNEY H. STEIN
         UNITES STATES DISTRICT COURT JUDGE
         500 Pearl Street, Room 1010
         New York, NY 10007

PLEASE TAKE NOTICE that on July 25, 2008 (the "Petition Date"), TradeWinds Airlines, Inc. ("Debtor"), the defendant in the above captioned action, filed a voluntary petition for relief under chapter 11, title 11, United States Code, section 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Florida, Case No. 08-20394-BKC-AJC. The Debtor's case has been assigned to the Honorable A. Jay Cristol, United States Bankruptcy Judge.

Accordingly, this proceeding should be stayed during the pendency of the Debtor's bankruptcy proceeding pursuant to 11 U.S.C. §§ 105 and 362.

WHEREFORE, it is suggested that this Court, in accordance with the Bankruptcy Code, stay the above captioned lawsuit against the Debtor during the pendency of its bankruptcy proceeding.

Respectfully submitted this 11th day of August 2008.

/s/ Eric S. Medina
Eric S. Medina, Esq.
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

*Counsel to Defendant, TradeWinds Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Court's CM/ECF *electronic mail transmission* on registered users and via *first class mail*, postage prepaid, to Christina J. Kang, Esq. and Zachary Greg Newman, Esq., Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, this 11th day of August, 2008

/s/ Eric S. Medina
Eric S. Medina, Esq.