```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HAHN & HESSEN LLP,                         :         08 Civ. 6281 (SHS)

                Plaintiff,              :

      -against-                            :         ORDER

TRADEWINDS AIRLINES, INC., and             :
TRADEWINDS HOLDINGS, INC.,
                                           :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The Court having been informed that defendant Tradewinds Airlines Inc. has filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code, see Suggestion of Bankruptcy dated August 11, 2008,

       IT IS HEREBY ORDERED that plaintiff is directed to show cause on or before September 12, 2008 why this action should not be dismissed without prejudice to its renewal at the conclusion of the bankruptcy proceeding. If a stipulation of dismissal without prejudice to renew is submitted on or before September 12, 2008, the initial pretrial conference scheduled on that day at 12:30 p.m. will be cancelled.

Dated: New York, New York
       August 15, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.